IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DR. FRANCOISE D. FAVI,
        Plaintiff,

v.                                             Civil Action No. 3:19-cv-517

VIRGINIA STATE UNIVERSITY,
et al.,

        Defendants.

## FINAL ORDER

This matter comes before the Court on the defendants' motion to strike and to dismiss the second amended complaint. (Dk. No. 23.) For the reasons stated in the accompanying Opinion, the Court GRANTS the motion and ORDERS as follows:

    1.    The Court DISMISSES Count One WITH PREJUDICE to the extent that it alleges a hostile work environment claim.

    2.    The Court STRIKES the remaining claims asserted in the second amended complaint.

    3.    The Court MODIFIES its April 8, 2020 Opinion and Order. (*See* Dk. Nos. 20, 21.) The Court DISMISSES Count Two of the amended complaint WITH PREJUDICE. (*See* Dk. No. 9 ¶¶ 42-47). The Court DISMISSES Count Three of the amended complaint WITHOUT PREJUDICE. (*See id.* ¶¶ 48-53.)

    4.    The Court DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 15 Jul 2020
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge